UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 19-2273-FMO (KS)                                    Date: April 10, 2019

Title   _Robert Smith v. United States of America_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 26, 2019, Plaintiff, a federal prisoner incarcerated at the United States Penitentiary – Lompoc and proceeding _pro se_, filed a Complaint alleging, _inter alia_, wrongful imprisonment and a due process violation based on prison officials' refusal to provide Plaintiff access to the prison grievance system. (Dkt. No. 1.)  Also on March 26, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed _in forma pauperis_.  (Dkt. No. 2.)  Two weeks have now passed, and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than May 1, 2019, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the May 1, 2019 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**

**IT IS SO ORDERED**.

:
**Initials of Preparer**   gr